IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NANCY ANN MCKAY**                                                     **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 1:10-cv-463-HSO-JMR**

**COMMISSIONER
OF SOCIAL SECURITY**                                         **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Chief Magistrate Judge John M. Roper's Report and Recommendations [15].  The Court, having reviewed the record as a whole and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's Complaint is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 16th day of November, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE